```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE J99-0026--CV (JKS)
                  "SUSAN K. HOSFORD V WYETH-AYERST LABORATORIES"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 10/28/99
            Closed: 03/01/00

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability
                   28 USC 1441
            Origin: (2) Removed from State Court
            Demand: 75
        Filing fee: Paid $150.00 on 10/28/99 receipt # 10096443
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1             HOSFORD, SUSAN K.             Mark C. Choate
                                                  Choate Law Firm LLC
                                                  424 N. Franklin Street
                                                  Juneau, AK 99801
                                                  907-586-4490
                                                  FAX 907-586-6633

DEF 1.1             WYETH-AYERST LABORATORIES CO  James D. Gilmore
                                                  Gilmore & Doherty
                                                  1029 W. 3rd Avenue, Suite 500
                                                  Anchorage, AK 99501
                                                  907-279-4506
                                                  FAX 907-279-4507

                                                  Amy R. Menard
                                                  Gilmore & Doherty
                                                  1029 W. 3rd Avenue, Suite 500
                                                  Anchorage, AK 99501-1982
                                                  907-279-4506
                                                  FAX 907-279-4507

DEF 2.1             AMERICAN HOME PRODUCTS INC    James D. Gilmore
                                                  (see above)

                                                  Amy R. Menard
                                                  (see above)

DEF 3.1             EON LABORATORIES INC          No counsel found for this party!

DEF 4.1             GENEVA PHARMACEUTICALS INC    No counsel found for this party!

DEF 5.1         [T] LES LABORATOIRES SERVIER ORSEM No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET PARTY INFORMATION FOR CASE J99-0026--CV (JKS)
                     "SUSAN K. HOSFORD V WYETH-AYERST LABORATORIES"

                   Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                              Counsel of Record:

DEF 6.1         [T] ORIL                        No counsel found for this party!

DEF 7.1         [T] SERVIER AMERIQUE            No counsel found for this party!

DEF 8.1         [T] INSTITUTE DE RECHERCHES     No counsel found for this party!
                    INTERNATIONALE SERVIER

DEF 9.1         [T] SCIENCE UNION               No counsel found for this party!

DEF 10.1        [T] FAMILY PRACTICE PHYSICIANS  No counsel found for this party!

DEF 11.1        [T] COLE, WILLIAM M.            No counsel found for this party!

DEF 12.1        [T] GATE PHARMACEUTICALS        No counsel found for this party!

DEF 13.1        [T] TEVA PHARMACEUTICALS USA INC No counsel found for this party!

DEF 14.1        [T] SMITHKLINE BEECHAM CORP     No counsel found for this party!

DEF 15.1        [T] ABANA PHARMACEUTICALS INC   No counsel found for this party!

DEF 16.1        [T] RICHWOOD PHARMACEUTICAL CO INC No counsel found for this party!

DEF 17.1        [T] ION LABORATORIES INC        No counsel found for this party!

DEF 18.1        [T] MEDEVA PHARMACEUTICALS INC  No counsel found for this party!

DEF 19.1            A.H. ROBINS CO INC          No counsel found for this party!

DEF 20.1        [T] CAMALL CO                   No counsel found for this party!

DEF 21.1        [T] GOLDLINE LABORATORIES INC   No counsel found for this party!

DEF 22.1        [T] FISONS CORP                 No counsel found for this party!

DEF 23.1        [T] RHONE-POULENC RORER INC     No counsel found for this party!
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J99-0026--CV (JKS)
                         "SUSAN K. HOSFORD V WYETH-AYERST LABORATORIES"

                                       For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 10/28/99
           Closed: 03/01/00

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability
                   28 USC 1441
           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $150.00 on 10/28/99 receipt # 10096443
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/28/99 | DEF 1-2 Notice of Removal. |
| 2 - 1 | 11/09/99 | PLF 1 Affidavit of Service of Notice of Removal. |
| 3 - 1 | 11/30/99 | Clerk's Notice to Petitioner subsequent to removal. cc: cnsl. |
| 4 - 1 | 12/20/99 | PLF 1 Notice of filing state court documents; |
| 4 - 2 | 12/20/99 | PLF 1 Service List. |
| 5 - 1 | 03/01/00 | MDL Order to conditional transfer case to Eastern District of Pennsylvania. cc: cnsl. |
| 6 - 1 | 05/02/01 | PLF 1 Address Change Notice. |
| 7 - 1 | 07/18/01 | Copy of Order from 9CCA remanding case to transferor court.  cc: cnsl |
| 8 - 1 | 07/23/01 | Copy of Order from 9CCA vacating conditional remand order at 7-1 as case already dismissed and closed by Eastern District of PA by 6/28/01 order. cc: cnsl |